**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **DIANTHA TRIPLET, Individually and as Administratrix of the Estate of William Triplet,** | **CIVIL ACTION NO. 5:23-cv-00418** |
| | **JUDGE HICKS** |
| **Plaintiff,** | **MAGISTRATE HORNSBY** |
| **V.** | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | |
| **Defendant.** | |

**MOTION TO APPEAR PRO HAC VICE**

**NOW INTO COURT**, comes Defendant The Lincoln National Life Insurance Company ("Defendant") and respectfully presents: Lindsay Calhoun of the firm Phelps Dunbar, LLP, is licensed to practice law in Louisiana has been retained as counsel for Defendant in this action.

Defendant respectfully moves this Court for admission *pro hac vice* of additional counsel on its behalf in this action, specifically Iwana Rademaekers, of the firm Law Offices of Iwana Rademaekers, P.C., whose address is 17304 Preston Road, Suite 800, Dallas, Texas 75252, and whose phone number is (214) 579-9319.

Ms. Rademaekers is a member in good standing of the bar of Texas. Attached is a Certificate of Good Standing from the United States District Court for the Northern District of Texas. *See* Exhibit A.

Further, there have been no disciplinary proceedings or criminal charges instituted against Ms. Rademaekers. Attached as Exhibit B is attorney Rademaekers's declaration under oath pursuant to Local Rule 83.2.6.

Further, Ms. Rademaekers authorizes the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to her under Fed. R. Civ. P. 77, Fed. R. Cr. P. 49, LR 5.7.10. She also agrees to receive notice electronically from other parties and the court via electronic mail. She understands that electronic mail filter software (SPAM filter) may interfere with receipt of e-mail notices and has verified that any such software installed will not filter messages sent from clerk@lawd.uscourts.gov. She understands that this electronic notice will be in lieu of notice by any other means. She understands it is her responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

**WHEREFORE,** Defendant requests that Iwana Rademaekers be admitted to practice before this Court *pro hac vice* in this action and that she be enrolled as counsel of record for The Lincoln National Life Insurance Company.

**Respectfully submitted,**

*/s/ Lindsay Calhoun*
Lindsay Calhoun (Bar #35070)
Matthew R. Slaughter (Bar #37308)
PHELPS DUNBAR LLP
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: lindsay.calhoun@phelps.com
matthew.slaughter@phelps.com

**COUNSEL FOR DEFENDANT, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2023, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the parties. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participants.

*/s/ Lindsay Calhoun*
LINDSAY CALHOUN