**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **DIANTHA TRIPLET, Individually and as Administratrix of the Estate of William Triplet,** | **CIVIL ACTION NO. 5:23-cv-00418** |
| | **JUDGE HICKS** |
| **Plaintiff,** | **MAGISTRATE HORNSBY** |
| **V.** | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | |
| **Defendant.** | |

**ORDER GRANTING PRO HAC VICE ADMISSION**

IT IS ORDERED that Iwana Rademaekers be and the same is hereby, admitted *pro hac vice* as additional counsel of record for Defendant The Lincoln National Life Insurance Company in the above referenced matter.

Entered this ______________ day of ________________________, 2023.

____________________________________
HON. S. MAURICE HICKS, JR.