**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **DIANTHA TRIPLET, Individually and as Administratrix of the Estate of William Triplet,** | **CIVIL ACTION NO. 5:23-cv-00418** |
| | **JUDGE:** |
| **Plaintiff,** | **MAGISTRATE:** |
| **V.** | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | |
| **Defendant.** | |

**IWANA RADEMAEKERS'S DECLARATION IN SUPPORT OF HER MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.2.6, the undersigned, Iwana Rademaekers, declares as follows:

No disciplinary proceedings or criminal charges have been instituted against me.

I declare under penalty and perjury that the foregoing is true and correct.

**IWANA RADEMAEKERS**

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 31st DAY
OF March 2023.

NOTARY PUBLIC IN THE STATE OF TEXAS
Commission expires April 29, 2026

SANDRA J. ACKER
Notary Public, State of Texas
Comm. Expires 04-29-2026
Notary ID 128254128