**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **DIANTHA TRIPLET, Individually and as Administratrix of the Estate of William Triplet,** | **CIVIL ACTION NO. 5:23-cv-00418** |
| | **JUDGE:** |
| **Plaintiff,** | **MAGISTRATE:** |
| **V.** | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | |
| **Defendant.** | |

**UNOPPOSED MOTION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S PETITION**

**NOW INTO COURT**, by and through its undersigned counsel, comes Defendant, The Lincoln National Life Insurance Company, and files this Unopposed Motion to Extend Deadline for Defendant to Respond to Plaintiff's Petition and would show unto the Court as follows:

1. Plaintiff filed her Petition for Damages ("Petition") on February 22, 2023, and Lincoln removed the lawsuit to this Court on March 31, 2023. Accordingly, Lincoln must answer or otherwise respond by April 7, 2023.

2. Lincoln requests a two-week extension to respond to or answer the Petition in order to allow it time to obtain the necessary documents to appropriately respond to the Petition. As such, Lincoln requests that the Court enter an order that it have until and including April 21, 2023, to answer or otherwise respond to the Petition.

3. This Unopposed Motion to Extend Deadline for Defendant to Respond to Plaintiff's Petition is not filed for purpose of delay, but only so that justice may be done.

4. Counsel for Lincoln contacted Plaintiff's counsel on April 7, 2023, regarding the relief sought in this Motion and Plaintiff's counsel stated that he has no objection to said extension.

WHEREFORE, PREMISES CONSIDERED, Lincoln respectfully requests this Honorable Court to grant this Unopposed Motion to Extend Deadline For Defendant to Respond to Plaintiff's Petition and allow Lincoln until and including April 21, 2023, to answer or otherwise respond to Plaintiff's Petition.

Respectfully submitted, this 7th day of April 2023.

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
Admitted *Pro Hac Vice*
Email: iwana@rademaekerslaw.com
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

-AND-

**PHELPS DUNBAR, LLP**

*/s/ Lindsay Calhoun*
Christopher K. Ralston (Bar #26706)
Lindsay Calhoun (Bar #35070)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: ralstonc@phelps.com
Email: lindsay.calhoun@phelps.com

**COUNSEL FOR DEFENDANT**

## LOCAL RULE 7.9 CERTIFICATE

Pursuant to Local Rule 7.9, the undersigned certifies that there is no opposition to this request for an extension of time.

*/s/ Iwana Rademaekers*
Iwana Rademaekers

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which served electronic notice of same upon all registered parties. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any parties in this proceeding not registered for electronic notice.

*s/ Iwana Rademaekers*
Iwana Rademaekers