**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **DIANTHA TRIPLET, Individually and as Administratrix of the Estate of William Triplet,** | **CIVIL ACTION NO. 5:23-cv-00418** |
| | **JUDGE:** |
| **Plaintiff,** | **MAGISTRATE:** |
| **V.** | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | |
| **Defendant.** | |

**NOTICE OF COMPLIANCE WITH REMOVAL ORDER**

**NOW INTO COURT**, through undersigned counsel comes Defendant, The Lincoln National Life Insurance Company, and pursuant to the April 3, 2023, Order of the Court states the following:

(a) Attorneys involved in the case and parties they represent:

1. Representing Plaintiff:

**G. Adam Cossey (Bar No. 31678)**
Hudson, Potts & Bernsetein, L.P.
1800 Hudson Lande, Ste 800
Post Office Drawer 3008
Montroe, LA 71210
Telephone: (318) 388-4400
Facsimile: (318) 322-4194
Email: acossey@hpblaw.com

2. Representing Defendant, The Lincoln National Life Insurance Company:

**Christopher K. Ralston** (Bar #26706)
**Lindsay Calhoun** (Bar #35070)
Phelps Dunbar, LLP

Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: ralstonc@phelps.com
Email: lindsay.calhoun@phelps.com

**Iwana Rademaekers**
Law Offices of Iwana Rademaekers
17304 Preston Road, Suite 800
Dallas, TX 75252
Telephone: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

(b) A copy of all records and proceedings occurring in the State Court prior to removal were previously filed with the Court (See Exhibit "A" to Defendant's Notice of Removal).

(c) Documents included in the State Court record in order of filing date are as follows:

1. 02/22/2023 Petition

2. 03/1/2023 Citation

3. 03/31/2023 Notification to the State Court of Removal

(d) The undersigned hereby certifies that the above constitutes the entire contents of the State Court record.

No motions or exceptions were pending in the State Court at the time of removal and the State Court is holding no registry funds.

Respectfully submitted, this 13th day of April 2023.

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
Admitted *Pro Hac Vice*

Email: iwana@rademaekerslaw.com
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

-AND-

**PHELPS DUNBAR, LLP**

*/s/ Lindsay Calhoun*
Christopher K. Ralston (Bar #26706)
Lindsay Calhoun (Bar #35070)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: ralstonc@phelps.com
Email: lindsay.calhoun@phelps.com

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2023, I electronically filed the foregoing with the Clerkof Court by using the CM/ECF system which served electronic notice of same upon all registeredparties. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any parties in this proceeding not registered for electronic notice.

*s/ Iwana Rademaekers*
Iwana Rademaekers