**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **DIANTHA TRIPLET, Individually and as Administratrix of the Estate of William Triplet,** | **CIVIL ACTION NO. 5:23-cv-00418** |
| | **JUDGE:** |
| **Plaintiff,** | **MAGISTRATE:** |
| **V.** | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | |
| **Defendant.** | |

**ORDER**

**CONSIDERING** the Second Unopposed Motion to Extend Deadline For Defendant to Respond to Plaintiff's Petition, and finding it well-taken;

**IT IS ORDERED** that Defendant The Lincoln National Life Insurance Company shall have until and including May 22, 2023, to answer or otherwise respond to Plaintiff's Petition.

SO ORDERED on this, the ____ day of _____________, 2023.

______________________________________
JUDGE