**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **DIANTHA TRIPLET, Individually and as Administratrix of the Estate of William Triplet,** | **CIVIL ACTION NO. 5:23-cv-00418** |
| | **JUDGE:** |
| **Plaintiff,** | **MAGISTRATE:** |
| **V.** | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | |
| **Defendant.** | |

**ORDER**

**CONSIDERING** the Second Unopposed Motion to Extend Deadline For Defendant to Respond to Plaintiff's Petition, and finding it well-taken;

**IT IS ORDERED** that Defendant The Lincoln National Life Insurance Company shall have until and including May 22, 2023, to answer or otherwise respond to Plaintiff's Petition.

SO ORDERED on this, the 24th day of April, 2023.

JUDGE