**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **DIANTHA TRIPLET, Individually and as Administratrix of the Estate of William Triplet,** | **CIVIL ACTION NO. 5:23-cv-00418** |
| | **JUDGE:** |
| **Plaintiff,** | **MAGISTRATE:** |
| **V.** | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | |
| **Defendant.** | |

## JOINT NOTICE OF SETTLEMENT

**COME NOW** Plaintiff Diantha Triplet and Defendant The Lincoln National Life Insurance Company, by and through their undersigned counsel, hereby give notice that this case has settled. The parties are working on finalizing settlement documents at this time. The parties will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice

Respectfully submitted, this 19th day of May 2023.

**HUDSON, POTTS & BERNSTEIN, L.L.P.**

/s/ G. Adam Cossey
G. Adam Cossey (Bar # 31678)
1800 Hudson Lane, Ste 800 (71201)
Post Office Drawer 3008
Monroe, LA 71210
Telephone: (318) 388-4400
Facsimile: (318) 322-4194
Email: acossey@hpblaw.com

**COUNSEL FOR PLAINTIFF**

**AND**

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
Admitted *Pro Hac Vice*
Email: iwana@rademaekerslaw.com
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

-AND-

**PHELPS DUNBAR, LLP**

*/s/ Lindsay Calhoun*
Lindsay Calhoun (Bar #35070)
Matthew R. Slaughter (Bar #37308)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: lindsay.calhoun@phelps.com
Email: matthew.slaughter@phelps.com

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which served electronic notice of same upon all registered parties. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any parties in this proceeding not registered for electronic notice.

*s/ Iwana Rademaekers*
Iwana Rademaekers