**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **DIANTHA TRIPLET, Individually and as Administratrix of the Estate of William Triplet,** | **CIVIL ACTION NO. 5:23-cv-00418** |
| | **JUDGE S. MAURICE HICKS, JR.** |
| **Plaintiff,** | **MAGISTRATE JUDGE HORNSBY** |
| **V.** | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | |
| **Defendant.** | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff Diantha Triplett and Defendant The Lincoln National Life Insurance Company, by and through their undersigned counsel, and file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 21st day of August 2023.

**HUDSON, POTTS & BERNSTEIN, L.L.P.**

/s/ G. Adam Cossey
G. Adam Cossey (Bar # 31678)
1800 Hudson Lane, Ste 800 (71201)
Post Office Drawer 3008
Monroe, LA 71210
Telephone: (318) 388-4400

Facsimile: (318) 322-4194
Email: acossey@hpblaw.com

**COUNSEL FOR PLAINTIFF**

**AND**

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
Admitted *Pro Hac Vice*
Email: iwana@rademaekerslaw.com
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

-AND-

**PHELPS DUNBAR, LLP**

*/s/ Lindsay Calhoun*
Lindsay Calhoun (Bar #35070)
Matthew R. Slaughter (Bar #37308)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: lindsay.calhoun@phelps.com
Email: matthew.slaughter@phelps.com

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which served electronic notice of same upon all registered parties. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any parties in this proceeding not registered for electronic notice.

*s/ Iwana Rademaekers*
Iwana Rademaekers